```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
   LARRY HARMON, formerly known    )
 4 as Larry Harmon & Associates,   )
   P.A., et al.,                   )
 5                                 )
                 Plaintiff,        )  No. 10 C 1823
 6                                 )
      -vs-                         )  Chicago, Illinois
 7                                 )  April 29, 2010
   BEN GORDON,                     )  9:52 a.m.
 8                                 )
                 Defendant.        )
 9
10                  TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE CHARLES P. KOCORAS
11
     APPEARANCES:
12
13 For the Plaintiffs:    TRESSLER SODERSTROM MALONEY &
                          PRIESS LLP
14                        BY:  MR. RYAN S. TAYLOR
                          233 S. Wacker, 22nd Floor
15                        Chicago, Illinois  60602
                          773-552-5577
16
   For the Defendant:     SPELLMIRE & SOMMER
17                        BY:  MR. JEFFEREY O. KATZ
                          77 W. Wacker, Suite 4800
18                        Chicago, Illinois 60601
                          312-606-8726
19
20  Court Reporter:

21                     MARY C. KELLY, CSR
                       Contract Court Reporter
22                   United States District Court
                 219 South Dearborn Street, Suite 2144-A
23                      Chicago, Illinois  60604
                           (708) 769-0950
24
25
```

1  (Proceedings heard in open court.)
2          THE CLERK:  2010 C 1823, Harmon versus Gordon, motion
3  to remand.
4          MR. KATZ:  Good morning, your Honor.  Jeff Katz on
5  behalf of the defendant.
6          MR. TAYLOR:  Good morning.  Ryan Taylor for the
7  plaintiff.
8          THE COURT:  Good morning.  This is your motion?
9          MR. TAYLOR:  Yes.
10         THE COURT:  Somewhere in this pile of papers I've
11 lost it.
12         You want to state your motion?  You want to go back
13 to the Circuit Court of Cook County?
14         MR. TAYLOR:  Yes.
15         THE COURT:  Oh, I have it.
16         What's your position?
17         MR. KATZ:  Here's my position, Judge.  At the time we
18 filed the removal, I had an address for Ben in Illinois.  As
19 you, I think, know, he's moved on to Detroit and now plays for
20 Detroit.  I didn't know if he has full-time residence there.
21 He, in fact, does, and I have an affidavit that I produced to
22 you stating that he is no longer a resident of the State of
23 Illinois.  He is, in fact, a resident in the State of Michigan
24 I think thus leaving the motion moot.
25         If you'd like to see the affidavit?

1   THE COURT: Do you want to challenge that?
2   MR. TAYLOR: We would.
3   THE COURT: Do you think that supports then keeping
4 the case here? Is that the essence?
5   MR. KATZ: Yes, that's true. I think their position
6 in their remand motion is that --
7   THE COURT: That he lives in Illinois.
8   MR. KATZ: That he lives in Illinois. You know, I
9 think certainly that was our position when we removed it.
10 When I did that, I didn't know that he had, in fact, moved
11 from his Illinois residence, in fact, took a full-time
12 Michigan residence, and he's there now.
13   So that's our position. We'd like it to stay here,
14 Judge.
15   MR. TAYLOR: On the face of the complaint, in the
16 notice of removal and the actual civil cover sheet, it says
17 he's clearly an Illinois resident.
18   MR. KATZ: Based on the complaint. The complaint
19 isn't mine.
20   THE COURT: Well, if there was later filed an
21 information or evidence, does it count in determining whether
22 the case should stay here or not? You want time to address
23 that issue?
24   MR. TAYLOR: We've got our motion filed. If they
25 want to file a response to that.

| | |
|---|---|
| 1 | MR. KATZ:  I filed the affidavit. |
| 2 | THE COURT:  File the affidavit in your response that |
| 3 | this changes the complexion and the case is properly here. |
| 4 | MR. KATZ:  Okay. |
| 5 | THE COURT:  And then you can file a reply to that. |
| 6 | MR. TAYLOR:  Okay. |
| 7 | THE COURT:  Okay.  When can you do that by? |
| 8 | MR. KATZ:  Give me a week, Judge. |
| 9 | THE COURT:  A week, and I'll give you a week after |
| 10 | that, and Steve will give you the dates as well as an in court |
| 11 | ruling date. |
| 12 | MR. KATZ:  Thanks, your Honor. |
| 13 | THE CLERK:  The answer to the motion is due May 6th, |
| 14 | the reply May 13th, and ruling June 10th, 9:30. |
| 15 | MR. KATZ:  Thank you, your Honor. |
| 16 | THE COURT:  All right. |
| 17 | THE CLERK:  The status hearing of May 5th is |
| 18 | stricken. |
| 19 | MR. KATZ:  Thank you. |
| 20 | THE COURT:  Okay. |
| 21 | (Which were all the proceedings heard.) |
| 22 | |
| 23 | CERTIFICATE |
| 24 | |
| 25 | I certify that the foregoing is a correct transcript |

1 | from the record of proceedings in the above-entitled matter.
2 |
3 | */s/Mary C. Kelly*                    *May 11, 2010*
4 |
5 | _____        _____
  | Mary C. Kelly                         May 11, 2010
6 | Contract Court Reporter
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |